UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**PHILLIP HUDOK,**

    **Plaintiff,**

v.                                         **MISC. NO. 2:19MC8**

**DONALD TRUMP, et al.,**

    **Defendants.**

**ORDER DIRECTING CLERK NOT TO FILE DOCUMENTS PURPORTING TO BE CONFIRMATION OF AN ARBITRATION AWARD
AND RETURN TO PHILLIP HUDOK**

On October 4, 2019, the Clerk at the Elkins point of holding Court received documents purporting to be Confirmation of an Arbitration Award on behalf of Phillip Hudok. On October 7, 2019, Mr. Hudok sent a letter to the clerk requesting information on why his documents were not filed. Pursuant to 28 U.S.C. §1963,

> A judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district or, with respect to the Court of International Trade, in any judicial district, when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown. Such a judgment entered in favor of the United States may be so registered any time after judgment is entered. A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.
> A certified copy of the satisfaction of any judgment in whole or in part may be registered in like manner in any district in which the judgment is a lien.
> The procedure prescribed under this section is in addition to other procedures provided by law for the enforcement of judgments.

28 U.S.C. §1963.  The documents received were not "…entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade…." Id. In fact, this

is purportedly an arbitration award not a judgment at all. Accordingly, it is

**ORDERED** that the Clerk is **DIRECTED** not to file the documents purporting to be a confirmation of an arbitration award and return them to Mr. Hudok.

The Clerk of the Court is directed to mail a copy of this Order to parties who appear pro se and any counsel of record, as applicable.

DATED: 10-9-2019

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE