# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **Cheryl Dean Riley**<br>Clerk of Court | **OFFICE OF THE CLERK OF COURT**<br>**POST OFFICE BOX 471**<br>**WHEELING, WEST VIRGINIA 26003** | **Michelle Widmer-Eby**<br>Chief Deputy Clerk |

**(304) 232-0011**
**Facsimile (304) 233-2185**

October 9, 2019

Phillip Hudok
15958 Seneca Trail
Huttonsville, WV   26273

                        Re:   Hudok v. Trump, et al
                        Misc. No. 2:19MC8

Dear Mr. Hudok:

Pursuant to your request made to the Wheeling Clerk's Office today, I attempted to reach you at a telephone number which you provided but was unsuccessful.   Enclosed herewith, please find the Order entered by United States Magistrate Judge Robert W. Trumble, this date.   Pursuant to the directives in the enclosed order, the Clerk's Office is returning herewith all the paperwork which you brought to the Clerk's Office in Elkins, West Virginia, on Friday, October 4, 2019, to file.

Our procedure in addressing documents brought or sent to the Clerk's Office which are not civil case filings and/or do not fall within the filings which are regularly permitted and accepted as valid miscellaneous filings are that same are presented to a judicial officer for review and direction before same are placed on the Court docket.   As directed by the enclosed Order, the Clerk's Office did not file these documents and are returning them to you.   The enclosed Order is self-explanatory.

                        Very truly yours,

                        *M. Eby*
                        Chief Deputy Clerk

Enclosures:   As stated
                Order of 10-9-2019
                Documents brought to Elkins